MICHAEL McGOLDRICK, Appellant, *v.* SAMUEL METCALF, Respondent.

(Argued October 23, 1894; decided November 27, 1894.)

APPEAL from judgment of the General Term of the City Court of Brooklyn, entered upon an order made February 23, 1892, which affirmed a judgment in favor of defendant entered upon an order dismissing the complaint on trial.

*Edmund R. Terry* for appellant.

*Thomas S. Moore* for respondent.

Agree to affirm ; no opinion.
All concur.
Judgment affirmed. _____